UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1.12.00   **Docket #** 14<br>[x] Plffs   [ ] Defts   [ ] Other<br>**Title:** Plaintiff's motion to compel discovery | Granted. Defendant shall make available to Plaintiff by **February 7, 2000** the files on the candidates for the pilot position. Additionally Plaintiff is granted leave to take the depositions of Ports Authority Board members. These depositions shall take place by **February 25, 2000**. Defendant's failure to make them available for deposition by this deadline shall result in the imposition of sanctions.<br>   The deadline for concluding discovery is hereby extended to **March 15, 2000**. Discovery may be conducted beyond this deadline, but only if all parties agree to do so. The Court will not entertain any disputes arising out of discovery conducted after this deadline.<br>   All other settings–including the trial date–in the Court's scheduling order shall remain in full force and effect. |

Date 1-28-01

HECTOR M. LAFFITTE
Chief U.S. District Judge





