# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 3.16.00   Docket # 18<br>[ ] Plffs   [ ] Defts   [x] Other<br>Title: San Juan Bay Pilots, Corp.'s motion to quash subpoena | Granted in part and denied in part. The chief financial officer of San Juan Bay Pilots, Corp. shall make himself available to be deposed by Plaintiff. The deposition shall take place by **April 14, 2000**. The financial officer need not produce the documents requested in the subpoena. The request is overbroad and burdensome. |

| MOTION | ORDER |
|---|---|
| Date Filed: 3.20.00   Docket # 20<br>[x] Plffs   [ ] Defts   [ ] Other<br>Title: Opposition to motion to quash subpoena and motion for sanctions | Granted in part. Although the Court in the above order granted in part San Juan Bay Pilots' motion to quash the subpoena, the deposition still must take place. Moreover, a simple phone call by San Juan Bay Pilots' attorney to inform Plaintiff that it would not be participating in the deposition would have avoided any inconvenience or expense that the refusal to appear caused. Accordingly, the Court **orders** counsel for San Juan Bay Pilots to pay the costs that Plaintiff incurred as a result of this non-appearance. Plaintiff shall submit to San Juan Bay Pilots by **April 4, 2000**, the court reporter and expert costs incurred by Plaintiff on the day of the scheduled deposition. Counsel for San Juan Bay Pilots shall pay this amount by **April 17, 2000**. |

Date 3/23/00

HECTOR M. LAFFITTE
Chief U.S. District Judge