## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
     v.
Puerto Rico Ports Authority

**CASE NUMBER:** 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 3.23.00    Docket # 22<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Plaintiff's withdrawal of motion | Granted. The motion to compel is hereby declared moot. |
| Date Filed: 3.20.00    Docket # 19<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion to compel | Moot. See the above order. |
| Date Filed: 3.23.00    Docket # 23<br>[ ] Plffs  [ ] Defts  [x] Other<br>Title: San Juan Bay Pilots' Motion for leave to reply | Moot. The Court has already resolved this issue. |

Date 3/27/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge


