# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
**v.**
Puerto Rico Ports Authority

**CASE NUMBER:** 98-2302 (HL)

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 4.19.00 **Docket #** 29<br>[ ] **Plffs** [ ] **Defts** [x ] **Other**<br>**Title:** San Juan Bay Pilots' Notice of complying with court order | Noted. |

RECEIVED & FILED
00 APR 27 AM 8: 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
| --- | --- |
| **Date Filed:** 3.28.00 **Docket #** 27<br>[ ] **Plffs** [ ] **Defts** [x ] **Other**<br>**Title:** San Juan Bay Pilots' Motion for reconsideration | Moot. See the above order. |

**Date** 4/26/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



