UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 7.5.00   Docket # 38<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion filing post-trial brief and other matters | The request to admit the translated version of Plaintiff's application is hereby granted. |

| MOTION | ORDER |
|---|---|
| Date Filed: 7.10.00   Docket # 39<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Request for permission to file a reply | Granted.  Plaintiff shall have until **August 15, 2000**, to file a reply brief.  Defendant shall have until **August 31, 2000**, to file a sur-reply.  Thereafter, no further briefs shall be filed. |

Date 7-14-00

HECTOR M. LAFFITTE
Chief U.S. District Judge



