UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

DANIEL MURPHY,
Plaintiff,

v.

Civil No. 98-2302 (HL)

PUERTO RICO PORTS AUTHORITY,
Defendants.

## JUDGMENT

The Court having heard this matter as a bench trial and having issued an opinion and order, judgment is hereby entered in favor of Defendant Puerto Rico Ports Authority.

San Juan, Puerto Rico, August 31, 2001.

HECTOR M. LAFFITTE
U.S. District Judge

