UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
    v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | The Court will hold a settlement conference in this case on **October 4, 2001**, at 2:00 p.m.<br>  The Court **orders** that both Plaintiff and the Executive Director of the Ports Authority either attend the conference or be available by phone. |

Date 9/24/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
01 SEP 25 AM 9:34

(3)

