UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | The settlement conference originally scheduled for October 4, 2001, is hereby reset to **October 10, 2001**, at 2:00 p.m.<br>The Court **orders** that both Plaintiff and the Executive Director of the Ports Authority either attend the conference or be available by phone. |

Date 10-1-01

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**