UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

## MINUTE

On October 10, 2001, the Court held a settlement conference in this case. The parties were represented by their respective counsel of record. There was an extensive discussion on the possibility of settling the case. A final agreement was not reached, although counsel would continue to consult with their respective principals.

DATE 10/30/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
01 NOV -1 AM 9:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

