# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
    v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.22.01  **Docket # 54**<br>[x] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Stipulation of settlement | Noted and approved. An amended judgment will be entered incorporating in full the parties' Stipulation of Settlement. The Court will retain jurisdiction over its terms. *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 380-82 (1994); *see also Entering Judgment,* From the Bar, at 22-23 (Spring 2001). |
| **Date Filed:** 9.10.01 & 9.12.01<br>**Docket # 49 & 50**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion to alter or amend pursuant to Rule 59(e) | Moot. See the above order. |

Date 10-30-01

HECTOR M. LAFFITTE
Chief U.S. District Judge


