UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Daniel Murphy
v.
Puerto Rico Ports Authority

CASE NUMBER: 98-2302 (HL)

## AMENDED JUDGMENT

The Court having approved the parties' Stipulation of Settlement, judgment is hereby entered incorporating in full its terms. The Court shall retain jurisdiction over the Stipulation of Settlement.

DATE 10/30/01

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
01 NOV -1 AM 9:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

